923 A.2d 1097

IN THE MATTER OF DAVID J. DARROW,
AN ATTORNEY AT LAW.

June 6, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–339, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **DAVID J. DARROW**, formerly of **WEST ORANGE**, who was admitted to the bar of this State in 1978, and who has been temporarily suspended from the practice of law since May 2, 2006, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **DAVID J. DARROW** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **DAVID J. DARROW** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **DAVID J. DARROW** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.